UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                        1:11-mj-45
Computer servers at Yahoo!, Inc.,        UNDER SEAL - LEVEL I
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding Yahoo!, Inc. ("Yahoo") from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts Tasah_84@yahoo.com, Eka87eka@yahoo.com, and Csonlinehelp@yahoo.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any person of the existence of the Search Warrant, for an additional period of one hundred eighty (180) days.

March 16, 2012

/s/ Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge